UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X
In re:

16th STREET REGENCY LLC,

Debtor.

Chapter 11
Case No. 14-46104 (NHL)

------------------------------------------------------------------------X

ISAAC MUTZEN, as a member of 16th STREET
REGENCY LLC, 16th STREET REGENCY LLC, ISAAC
MUTZEN as a member of 198-210 6th ST. LLC and 198-
210 6th ST. LLC,

Adv. Pro. No.: 15-1035 (NHL)

Plaintiffs,

- against -

MARANS WEISZ & NEWMAN, LLC, f/k/a MARANS &
WEISZ, LLC and HOWARD HERSHKOVICH

Defendants.

------------------------------------------------------------------------X

## ORDER DISMISSING ADVERSARY PROCEEDING

**WHEREAS**, on December 3, 2014, 16th Street Regency LLC ("16th Street Regency") filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code in the United States Bankruptcy Court, Eastern District of New York, under Case No. 14-46104-NHL (the "Chapter 11 Case").

**WHEREAS**, on March 4, 2015, 16th Street Regency removed an action from the Supreme Court of the State of New York, County of Kings, entitled *Isaac Mutzen as a member of 16th Street Regency LLC, et al v. Marans Weisz & Newman LLC, et al.* (Kings County Index No. 503167/2014) to the United States Bankruptcy Court, Eastern District of New York, such that it was associated with the Chapter 11 Case under Adversary Proceeding No. 1-15-01035 (the "Adversary Proceeding"). *See* Dkt. 1.

**WHEREAS**, on November 13, 2015, the Court issued an order dismissing the Adversary Proceeding as against Defendant Marans Weisz & Newman, LLC f/k/a Marans & Weisz, LLC. *See* Dkt. 32.

**WHEREAS**, on September 4, 2018, the Court issued an order denying Defendant Howard Hershkovich's motion for summary judgment. *See* Dkt. 99.

**WHEREAS**, on January 30, 2019, the parties appeared for a mandatory settlement conference and entered into a global settlement on the record.

**WHEREAS**, on April 9, 2019, Debtor and Plaintiffs moved pursuant to 11 U.S.C. § 105, 11 U.S.C. § 502, 11 U.S.C. §§ 101-1532, and Rule 9019 of the Federal Rules of Bankruptcy Procedure for the Court's approval of the parties' settlement agreement. *See* Dkt. 106.

**WHEREAS**, on May 28, 2019, the Court issued an order approving the global settlement settling and compromising the Adversary Proceeding and empowering Debtor/Plaintiffs' counsel to disburse the settlement funds. *See* Dkt. 107.

**NOW THEREFORE IT IS HEREBY ORDERED** that the above-captioned adversary proceeding is dismissed *with prejudice* and without costs.

**SO ORDERED:**

Dated: June 22, 2019
Brooklyn, New York

_____
**Nancy Hershey Lord**
**United States Bankruptcy Judge**