*Presentment Date & Time: September 21, 2020 at 12:00 p.m.*
*Objection Deadline: September 18, 2020 at 5:00 p.m.*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
In re:

                                                                                                        Chapter 11

COMMUNITY ENVIRONMENTAL CENTER, INC.,    Case No. 15–41173 (CEC)
d/b/a BUILD IT GREEN! NYC,

              Debtor.
-----------------------------------------------------------------x
OFFICIAL COMMITTEE OF UNSECURED            Adv. Pro. No. 15-01166 (CEC)
CREDITORS OF COMMUNITY
ENVIRONMENTAL CENTER INC.,
d/b/a BUILD IT GREEN! NYC,

              Plaintiff,
    v.

RICHARD M. CHERRY,

             Defendant.
-----------------------------------------------------------------x
OFFICIAL COMMITTEE OF UNSECURED            Adv. Pro. No. 17-01035 (CEC)
CREDITORS OF COMMUNITY
ENVIRONMENTAL CENTER INC.,
d/b/a BUILD IT GREEN! NYC,

              Plaintiff,
    v.
RICHARD M. CHERRY, LAWRENCE GRAHAM,
KAREN L. OUTLAW AND KENNETH L. DANIELS,

              Defendants.
-----------------------------------------------------------------x

**NOTICE OF SETTLEMENT OF ORDER DISMISSING**
<u>**CHAPTER 11 CASE AND ADVERSARY PROCEEDINGS**</u>

**PLEASE TAKE NOTICE** that upon the order of this Court dated July 6, 2018, approving a *Stipulation and Order Approving Mediated Global Settlement* [Doc. No. 330], the *Motion to Dismiss Case or in the Alternative to Convert Case to Chapter 7 Filed by United States Trustee* [Doc. No. 351] (the "**Motion**"), the *Declaration of Sanford P. Rosen in Opposition to Motion of United States Trustee to Dismiss or Convert Case* [Doc. No. 353], the *Response of the Official Committee of Unsecured Creditors to the Motion of the United States Trustee to Dismiss this Chapter 11 Case or, in the Alternative, Convert Chapter 11 Case to Chapter 7* [Doc. No. 354], and the hearing on the Motion held before the Court on August 19, 2020, the undersigned will present the annexed proposed *Order Dismissing Chapter 11 Case and Adversary Proceedings* (the "**Proposed Order**") to the Honorable Carla E. Craig, Chief United States Bankruptcy Judge, United States Bankruptcy Court for the Eastern District of New York, 271 Cadman Plaza East, Brooklyn, NY 11201, for signature on **September 21, 2020 at 12:00 p.m. (prevailing Eastern Time)**.

**PLEASE TAKE FURTHER NOTICE** that responses and objections, if any, to the Proposed Order shall: (i) be made in writing; (ii) state with particularity the basis and nature of any objection or response and include, where appropriate, proposed language to be incorporated into the Proposed Order to resolve any such objection or response; (iii) conform to the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**") and the Local Bankruptcy Rules for the Eastern District Bankruptcy Court; and (iv) be filed with the Bankruptcy Court in electronic format, by utilizing the Court's electronic case filing system at www.nyeb.uscourts.gov, or if the same cannot be filed electronically, by manually filing same with the Clerk of the Court (with a hard copy delivered to the Chambers of the Honorable Carla E. Craig); and served upon: (a) Rosen & Associates, P.C., counsel to the Debtor, 747 Third Avenue, New York, NY 10017-2803, Attn:

Sanford P. Rosen, Esq.; (b) the Office of the United States Trustee, U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, NY 10014, Attn: Rachel Wolf, Esq.; (c) Archer & Greiner, P.C., Counsel for the Official Committee of Unsecured Creditors, 1211 Avenue of the Americas, Suite 2750, New York, NY 10036, Attn: Allen G. Kadish, Esq.; and (d) all other parties-in-interest who have requested notice pursuant to Bankruptcy Rule 2002, so as to be received no later than **5:00 p.m. on September 18, 2020** (the "**Objection Deadline**"). Unless objections are received by the Objection Deadline, the Proposed Order may be granted without further notice or a hearing.

Dated: New York, New York
       September 8, 2020

                              **ROSEN & ASSOCIATES, P.C.**
                              *Counsel to the Debtor and*
                                 *Debtor-in-Possession*

                              By: */s/ Sanford P. Rosen*
                                   *Sanford P. Rosen*

                              747 Third Avenue
                              New York, NY 10017-2803
                              (212) 223-1100

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------x
In re:

                                                           Chapter 11

COMMUNITY ENVIRONMENTAL CENTER, INC.,    Case No. 15–41173 (CEC)
d/b/a BUILD IT GREEN! NYC,

                     Debtor.
-------------------------------------------------------------------x
OFFICIAL COMMITTEE OF UNSECURED          Adv. Pro. No. 15-01166 (CEC)
CREDITORS OF COMMUNITY
ENVIRONMENTAL CENTER INC.,
d/b/a BUILD IT GREEN! NYC,

                   Plaintiff,
       v.

RICHARD M. CHERRY,

                   Defendant.
-------------------------------------------------------------------x
OFFICIAL COMMITTEE OF UNSECURED          Adv. Pro. No. 17-01035 (CEC)
CREDITORS OF COMMUNITY
ENVIRONMENTAL CENTER INC.,
d/b/a BUILD IT GREEN! NYC,

                   Plaintiff,
       v.
RICHARD M. CHERRY, LAWRENCE GRAHAM,
KAREN L. OUTLAW AND KENNETH L. DANIELS,

                   Defendants.
-------------------------------------------------------------------x

## ORDER DISMISSING CHAPTER 11 CASE AND ADVERSARY PROCEEDINGS

Upon the order of this Court dated July 6, 2018, approving a *Stipulation and Order Approving Mediated Global Settlement* [Doc. No. 330] (the "**Global Settlement Order**"), which provides for, among other things, the distribution of all estate proceeds in accordance with the schedule appended thereto and the dismissal of the Chapter 11 case of Community Environmental

Center, Inc., d/b/a Build It Green! NYC, the above-captioned debtor and debtor in possession (the "**Debtor**"), and it appearing from the Declaration of Sanford P. Rosen filed on the docket of this Chapter 11 case [Doc. No. _ x] that all such distributions have been made; and upon the motion of the United States Trustee to dismiss this case or, in the alternative, convert this case to one under Chapter 7 of the Bankruptcy Code [Doc. No. 351] (the "**Trustee's Motion**") and upon the hearing thereon; and it further appearing from the certificate of service filed on the docket of this case that due and proper notice of the settlement of this Order was provided to all parties-in-interest as directed by this Court at the hearing of the Trustee's Motion; and it appearing that such notice of the proposed dismissal of this case as contemplated by the Global Settlement Order is sufficient, adequate, and timely under the circumstances of this case and that no other or further notice need be provided; and the Court having jurisdiction to enter this Order as a core proceeding in accordance with 28 U.S.C. §§ 157 and 1334; and venue being proper before the Court pursuant to 28 U.S.C. §§ 1408 and 1409; and after due deliberation and sufficient cause appearing to me therefor, it is hereby

**ORDERED**, that, pursuant to 11 U.S.C. § 1112(b), the Chapter 11 case of the Debtor is hereby dismissed; and it is further

**ORDERED**, that adversary proceeding number 15-01166 (CEC) is hereby dismissed with prejudice and without costs; and it is further

**ORDERED**, that adversary proceeding number 17-01035 (CEC) is hereby dismissed with prejudice and without costs; and it is further

**ORDERED**, that the Debtor pay to the United States Trustee the appropriate sum required, if any, pursuant to 28 U.S.C. § 1930, within ten (10) days of the entry of this order and simultaneously provide to the United States Trustee an appropriate affidavit indicating the cash disbursements, if any, for the relevant period; and it is further

**ORDERED**, that, the Court retains jurisdiction with respect to all matters arising from or relating to the implementation, interpretation, and enforcement of this Order.

Dated: Brooklyn, New York
       September __, 2020

                                        _____
                                        CHIEF UNITED STATES BANKRUPTCY JUDGE